THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-091-GCM

| ERIC W. GARRISON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CITY OF CHARLOTTE, THE CHARLOTTE MECKLENBURG POLICE DEPARTMENT, and PETER GILCHREST, in his official capacity as District Attorney, 26th PROSECUTORIAL DISTRICT, STATE OF NORTH CAROLINA, | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiff's Motion to Amend and Defendant Gilchrist's Motion to Dismiss pursuant to Rule 12(b)(6). A hearing was held in this matter on September 29, 2010. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend is hereby DENIED and Defendant Gilchrist's Motion to Dismiss is hereby GRANTED.

Signed: September 29, 2010

Graham C. Mullen
United States District Judge